UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,          )
                                   )      No. CR-07-174-WFN-2
                    Plaintiff,     )
                                   )      ORDER DENYING DEFENDANT'S
v.                                 )      MOTION TO RECONSIDER
                                   )
MARIO ORTIZ,                       )
                                   )
                    Defendant.     )
                                   )

     At the April 8, 2008, hearing on Defendant's Motion to reconsider detention, counsel Douglas Phelps appeared with Defendant; Assistant U.S. Attorney Timothy Durkin represented the United States.

     The court, having considered the proffers of Defendant and Plaintiff, finds there is insufficient information before the court to permit modifying the order of detention entered by Judge Brazil in the Northern District of California.

     Accordingly, the Defendant's Motion **(Ct. Rec. 60) is DENIED. IT IS SO ORDERED**.

     DATED April 8, 2008.


                    _____S/ CYNTHIA IMBROGNO_____
                    UNITED STATES MAGISTRATE JUDGE


ORDER DENYING DEFENDANT'S MOTION TO RECONSIDER – 1